THORSEN v. ILLINOIS CENTRAL RAILROAD COMPANY.

[72 South. 879.]

APPEAL AND ERROR.  *Bond. Insufficient amount. New bond.*

Where an appeal bond was defective because the penalty was too
small, it was not a nullity and the appellant under Code 1906,
section 92, so providing, had the right to file a new bond.

APPEAL from the circuit court of Montgomery county.
HON. J. A. TEAT, Judge.

Suit by W. A. Thorsen against the Illinois Central
Railroad Company. From a judgment for the defend-
ant, plaintiff appeals motion to dismiss; appeal over-
ruled and appellant given time within which to file a
bond in a penalty of not less than five hundred dollars
and upon his failure to do so the case to be dismissed.

The facts are stated in the opinion of the court.

*J. H. Price,* for appellant.

*Mayes, Wells, May & Sanders,* for appellee.

SMITH, C. J., delivered the opinion of the court.

The bond here in question is not a nullity, but is
simply defective because the penalty thereof is too
small, so that, under section 92, Code 1906, appellant
has the right to file a new one. The case of *Wofford*
v. *Williams,* 69 So. 819, has no application. The trouble
in that case was that the paper filed with the clerk
below had not been approved by him.

The motion will be overruled, and appellant given
fifteen days within which to file a bond in a penalty of
not less than five hundred dollars; and, upon his failure
so to do, the cause will stand dismissed.

*Dismissed.*